# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAWKINS, | CV F   04 5771 OWW SMS P |
| Plaintiff, | |
| v. | ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION TO AMEND COMPLAINT (Doc. 33.) |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Charles Hawkins ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

On April 13, 2005, this Court issued a Scheduling Order setting out deadlines for discover, amended pleadings and the filing of dispositive motions. On July 29, 2005, Plaintiff filed a Motion to Amend the Complaint and appropriately served the Motion on Defendants. To date, however, Defendants have not opposed the Motion or filed a Statement of Non-Opposition as is required by the Local Rules. Local Rule 78-230(c). Accordingly, the Court HEREBY

1  ORDERS Defendants to submit either an Opposition or a Statement of Non-Opposition to
2  Plaintiff's Motion within THIRTY (30) days of the date of service of this Order.
3
4
5  IT IS SO ORDERED.
6  **Dated:    September 6, 2005**                    /s/ Sandra M. Snyder
   icido3                                        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28