# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAWKINS, | CV F 04 5771 OWW SMS P |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT (Doc. 33.) |
| v. | ORDER VACATING SCHEDULING ORDER (Doc. 30.) |
| UNITED STATES OF AMERICA, | |
| Defendants. | ORDER DENYING MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE (Doc. 37.) |

Charles Hawkins ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

On April 13, 2005, this Court issued a Scheduling Order setting out deadlines for discover, amended pleadings and the filing of dispositive motions. On July 29, 2005, Plaintiff filed a Motion to Amend the Complaint and appropriately served the Motion on Defendants. Defendants, did not, however, respond. Thus, on September 7, 2005, the Court issued an Order requiring Defendants to either file an Opposition or a Statement of Non-Opposition to the Motion. Defendants filed a Statement of Non-Opposition to Plaintiff's Motion to Amend. On November 3, 2005, Defendants moved to extend the dispositive motion deadline. Based on the above, the Court HEREBY ORDERS:

1. The Motion to Amend the Complaint is GRANTED. Plaintiff's AMENDED

1    COMPLAINT is due within THIRTY (30) days of the date of service of this
2    Order.  Local Rule 15-220 requires that an Amended Complaint be complete in
3    itself without reference to any prior pleading.  As a general rule, an Amended
4    Complaint supersedes the original Complaint.  <u>See</u> <u>Loux v. Rhay</u>, 375 F.2d 55,
5    57 (9th Cir. 1967).  Once an Amended Complaint is filed, the original Complaint
6    no longer serves any function in the case.  Therefore, in an Amended Complaint,
7    as in an original Complaint, each claim and the involvement of each Defendant
8    must be sufficiently alleged.  The Amended Complaint should be clearly and
9    boldly titled "AMENDED COMPLAINT," reference the appropriate case number,
10   and be an original signed under penalty of perjury.

11   2.   The Scheduling Order setting forth deadlines, including a dispositive motion
12        deadline is VACATED.

13   3.   Defendant's Motion to Extend the Dispositive Motion Deadline is DENIED as
14        moot.

Following the submission of Plaintiff's Amended Complaint, the Court will conduct a screening.  Should the Amended Complaint state a claim against the newly named defendants, the Court will issue an Order directing service.

IT IS SO ORDERED.

**Dated:   November 9, 2005**            /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE