UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAWKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>USA,<br><br>    Defendants.<br>_____/ | CIV F   04-5771 OWW SMS P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME NUNC PRO TUNC (Doc. 39) |

Charles Hawkins ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action.

On December 12, 2005, Plaintiff filed a motion to extend time to file a Second Amended Complaint. Plaintiff submitted the Second Amended Complaint on December 23, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff's request is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   January 11, 2006**                   /s/ Sandra M. Snyder
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE