IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Hawkins, ) | |
| ) | No. 1:04-cv-5771-GMS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Plaintiff's Motion to Enlarge Discovery Period and Motion for the Appointment of Counsel (Dkt. # 72). After consideration,

**IT IS HEREBY ORDERED** denying the request for appointment of counsel.

**IT IS FURTHER ORDERED:**

1. The discovery deadline is extended, to and including, **July 20, 2009**.

2. Dispositive Motions are due on or before **September 18, 2009**.

DATED this 27th day of May, 2009.

_____
G. Murray Snow
United States District Judge