IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Hawkins, ) | |
| ) | No. 1:04-cv-5771-GMS |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant's Motion to Modify Scheduling Order (Dkt. # 75). No response and/or objection having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion to Modify Scheduling Order and extending the deadlines as follows:

1. Deadline for Plaintiff to disclose expert witnesses and serve reports shall be **November 2, 2009**.

2. Deadline for Defendant to disclose expert witnesses and serve reports shall be **December 7, 2009**.

3. Deadline to complete depositions of expert witnesses, if any, shall be **January 4, 2010**.

4. Deadline for Dispositive Motions shall be **January 19, 2010**.

DATED this 28th day of September, 2009.

_____
G. Murray Snow
United States District Judge