IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Hawkins,<br><br>          Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>          Defendant. | No. 1:04-cv-5771-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion of Default and Motion of Objections (Dkt. # 82).  After consideration,

**IT IS HEREBY ORDERED** denying the Motion.

DATED this 24th day of March, 2010.

_____
G. Murray Snow
United States District Judge