IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Hawkins,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　　　Defendant. | No. 1:04-cv-5771-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Amend the Original Motion for the Extension of Time Due to the Fact that Plaintiff has Contracted Dr. Thompson (Dkt. # 87). The discovery period in which Plaintiff should have obtained documents has expired. Therefore,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion (Dkt. # 87).

DATED this 10th day of May, 2010.

_____
G. Murray Snow
United States District Judge